**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

June 10, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

      Re: *United States v. Marco Vargas*
           19-cr-559 (KMK)

Dear Judge Karas:

    This letter is an application to adjourn the sentencing of Marco Vargas, currently scheduled for July 9, 2020, for approximately 30 days. The reason for the request is that my ability to confer with the client about sentencing matters (including concerning the Probation Department draft presentence report) has been slowed by Mr. Vargas' detention in a civilian hospital in Brooklyn, a language barrier between us, and logistical problems brought on by the COVID-19 crisis. I have been working through these issues, including engaging the services of a translator to produce a Spanish-language version of the draft PSR, but will require some additional time.

    I have conferred with AUSA Courtney Heavey concerning this application and am advised that the government has no objection to the requested adjournment.

                          Very truly yours,

                          /s/ *Theodore S. Green*
                          Theodore S. Green

*Granted. The sentence will go forward on August 25, 2020 at 2:00 p.m.*

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
6/11/2020