**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

August 12, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

        Re: *United States v. Marco Vargas*
            19-cr-559 (KMK)

Dear Judge Karas:

    This letter is an application to adjourn the sentencing of Marco Vargas, currently scheduled for August 25, 2020, to a date in mid to late September. The parties have not yet received the final Probation Department presentence report. Further, Mr. Vargas is detained at a hospital, where my ability to confer with him is slowed by logistical issues, and I will need to try to confer with him to determine whether he would consent to participate in sentencing remotely, subject to the Court's approval. The parties ask that the Court avoid September 17, 18 and 23, the morning of September 25, and September 28.

    I have conferred with AUSA Courtney Heavey concerning this application and am advised that the government has no objection to the requested adjournment.

                              Very truly yours,

                              /s/ *Theodore S. Green*
                              Theodore S. Green

*Granted. The sentence will go forward on Sept. 24, 2020 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/13/2020